UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONNIE SMITH, )<br>)<br>Defendant. ) | No.: 3:16-CR-122-TAV-HBG |

## ORDER

This criminal case is before the Court on a motion by defendant seeking leave to file a document under seal [Doc. 66]. Defendant moves the Court for the entry of an order granting him leave to file the proposed document under seal due to the sensitive nature of the material contained therein. Upon the Court's review of the motion and the proposed document, and for good cause shown, the motion [Doc. 66] is **GRANTED**. The Clerk is **DIRECTED** to file the proposed sealed document under seal, and the filing shall be sealed with the exception that defendant shall provide a copy to counsel for the government.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE